**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **JABARI REYNOLDS,** | ) | |
| | ) | |
| **Petitioner,** | ) | **Case No. 3:21-cv-379** |
| | ) | |
| **v.** | ) | **Judge Atchley** |
| | ) | |
| **WARDEN TONY MAYS,** | ) | **Magistrate Judge McCook** |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this prisoner's pro se petition

for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**. A certificate of

appealability **SHALL NOT** issue. Because the Court **CERTIFIED** in the memorandum opinion

that any appeal from this order would not be taken in good faith, should Petitioner file a notice of

appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R.

App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**


ENTERED AS A JUDGMENT

   /s/ *Leanna R. Wilson*
   CLERK OF COURT


                              */s/ Charles E. Atchley, Jr.*
                              **CHARLES E. ATCHLEY JR.**
                              **UNITED STATES DISTRICT JUDGE**